IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 2:18-CR-124-2 |
| v. | : | |
| ALBERT WILLIAM UPSHUR | : | |

## GOVERNMENT'S MOTION TO FILE STATUS REPORTS UNDER SEAL

Now comes the United States of America, by and through its undersigned attorneys, and respectfully moves for an order permitting the filing of upcoming joint status reports under seal. On March 19, 2019, the Court ordered the parties to file monthly status reports beginning April 30, 2019. Because the status reports will discuss matters that the Court has previously placed under seal, the government respectfully requests leave to file the status reports discussing such matters under seal.

Dated: April 29, 2019

                                                                                                       Respectfully submitted,

                                                                                                        UNITED STATES OF AMERICA
                                                                                                        Richard E. Zuckerman
                                                                                                         Principal Deputy Assistant Attorney General

                                    By:    /s/ Jeffrey Bender
                                                       JEFFREY B. BENDER
                                                       KATHRYN SPARKS
                                                      Trial Attorneys
                                                      U.S. Department of Justice
                                                      Tax Division, Criminal Enforcement Section
                                                      601 D Street, N.W., 7th Floor
                                                      Washington, DC 20005
                                                      (202) 305-4077
                                                      (202) 616-1786 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th of April, 2019, I caused a copy of the foregoing to be delivered via electronic filing to all parties registered with ECF in this matter.

By: /s/ Jeffrey Bender
JEFFREY B. BENDER
Trial Attorney
U.S. Department of Justice