# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | NO. 18-124-2 |
| ALBERT WILLIAM UPSHUR | |

## O R D E R

**AND NOW**, this 7th day of October, 2019, after a conference call with the Court on the status of the Defendant's psychological evaluation and competency restoration pursuant to 18 U.S.C. § 4241(d), **IT IS ORDERED** that the government shall file any objections to the evaluation by October 31, 2019. Defendant shall file any response by November 7, 2019.

**IT IS FURTHER ORDERED** that a status hearing is scheduled for December 3, 2019, at 9:30 A.M. in Courtroom 10-A.

BY THE COURT:

_____
WENDY BEETLESTONE, J.