IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | **NO. 18-124-2** |
| **ALBERT WILLIAM UPSHUR** | |

### ORDER

**AND NOW**, this 12th day of June, 2020, upon consideration of Defendant's Motion for Release from Custody (ECF 188)[1] and the Government's Response thereto (ECF 198)**, IT IS ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**

---

[1] Defendant's filing is captioned as a "(Pro Se) Letter" but the Court construes Defendant's request as a motion for temporary release under 18 U.S.C. § 3142(i).